IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )           8:12CR205
                             )
         v.                  )
                             )
GILBERTO DUARTE SALAZAR,     )             ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 17). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 18), and that plaintiff has no objection. The motion will be granted. Accordingly,

IT IS ORDERED defendant's motion is granted; trial of this matter is scheduled for:

**Tuesday, November 13, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 13, 2012, and November 13, 2012, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court